**FILED**
DEC 04 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED

2008 DEC -3  P 2: 06

U.S. ATTORNEY'S OFFICE
FRESNO CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. 08CR0224-002 |
| Brent Holloway ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Brent Holloway____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the Electronic Monitoring/Home Detention condition {7(s)}, and replacing it with the following: You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or GPS at your own expense, at the discretion of Pretrial Services - **CURFEW:** You are restricted to your residence everyday from 9 pm to 5 am, as directed by the Pretrial Services Officer. All other previously ordered conditions of release not in conflict with this condition to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  11-20-08       _[signature]_  12-2-08
Signature of Defendant   Date     Pretrial Services Officer   Date
Brent Holloway                    Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                   12-3-08
Signature of Assistant United States Attorney    Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                   12/1/08
Signature of Defense Counsel    Date
Richard Mazer

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  12-4-08 .
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                   12-4-08
Signature of Judicial Officer   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services