# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America<br>vs.<br>Brent Holloway | ) ) ) ) ) | Case No. 08CR0224 |

FILED MAY 18 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Brent Holloway____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following condition: You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or GPS at your own expense at the discretion of Pretrial Services - **CURFEW:** You are restricted to your residence everyday from 9 pm to 5 am as directed by the Pretrial Services Officer.

All previously ordered conditions of release not in conflict with this condition to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-9-09          _____  5-13-09
Signature of Defendant   Date             Pretrial Services Officer  Date
Brent Holloway                            Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                   5-14-09
Signature of Assistant United States Attorney  Date
Mark Cullers

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   05/12/09
Signature of Defense Counsel              Date
Richard Mazer

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ____5-14-09____

[ ] The above modification of conditions of release is *not* ordered.

_____                   5-14-05
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services