RICHARD B. MAZER, SBN 49632
99 Divisadero Street
San Francisco, California 94117
Telephone: (415)621-4100
FAX: (415)621-4111

Attorney for Defendant,
BRENT HOLLOWAY

IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>    vs.<br><br>BRENT HOLLOWAY, et. al.,<br><br>           Defendants. | **Case No. CR-08-00224-OWW**<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE FOR DEFENDANT BRENT HOLLOWAY FROM SEPTEMBER 13, 2010, TO SEPTEMBER 20, 2010, AT 1:30 P.M.**<br><br>**Date: September 20, 2010**<br>**Time: 1:30pm**<br>**Place: Honorable Oliver W. Wanger** |

    It is hereby stipulated by and between the parties that the September 13, 2010, sentencing date for defendant Brent Holloway may be continued until September 20, 2010 at 1:30 P.M.

    The continuance is required due to a conflict in defense counsel's schedule. Counsel has a September 13, 2010, 1:30 P.M. motions hearing in U.S. v. Cerna, et al., N.D. California, Criminal No. CR-08-0730-WHA, a multi-defendant RICO prosecution in which six defendants, including counsel's client, face a potential death penalty.

//

Counsel has consulted the U.S. Probation Officer about the proposed continuance and she informed counsel she has no opposition to the requested continuance.

Dated: September 1, 2010                                     /s/ Richard B. Mazer
                                                             RICHARD B. MAZER
                                                             Attorney for Defendant Brent Holloway


Dated: September 1, 2010                                     /s/ Mark E. Cullers
                                                             MARK E. CULLERS
                                                             Assistant U.S. Attorney


**ORDER:**

Good cause appearing and upon stipulation of the parties and no objection by U.S. Probation Officer, it is hereby ordered that the date for sentencing of defendant Brent Holloway is continued until September 20, 2010, at 1:30 p.m.


IT IS SO ORDERED.

Dated:   **September 2, 2010**                  **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE