IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRENT HOLLOWAY, et. al., )<br>Defendants. )<br>) | **Case No. CR-08-00224-OWW**<br><br>**AMENDED ORDER**<br>**EXONERATING BAIL** |

Good cause appearing, it is ordered bail in defendant Brent Holloway's case is hereby exonerated. The Clerk of the Court is ordered to reconvey the real property—Deed of Trust #17582 and Deed of Trust #s 66602 and 66603—which are posted as security for the bail, and to return Brent Holloway's passport to him forthwith.

IT IS SO ORDERED.

Dated:   **September 24, 2010**            **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE