IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BRENT HOLLOWAY, et. al.,<br>　　　　　Defendants. | **Case No. CR-08-00224-OWW**<br><br>**SECOND AMENDED ORDER**<br>**EXONERATING BAIL** |

　　　　The Amended Order Exonerating Bail, Doc. 607, filed September 24, 2010, contained the incorrect Deed of Trust Numbers.  Accordingly, the following A Second Amended Order is entered;

　　　　Good cause appearing, it is ordered bail in defendant Brent Holloway's case is hereby exonerated. The Clerk of the Court is ordered to reconvey the real property—Deed of Trust #2008-0080841-00 and Deed of Trust #2008-0080842-00—which are posted as security for the bail, and to return Brent Holloway's passport number 058084088 to him forthwith.

IT IS SO ORDERED.

Dated: September 24, 2010　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge